In the Matter of the Arbitration between WALTER D. BINGER et al., Respondents, and CHARLES J. THATCHER, Appellant.

Submitted March 3, 1952; decided March 13, 1952.

*Charles J. Thatcher,* in person, for motion for leave to appeal.
*John F. X. Finn* for motion to dismiss appeal.

Motion for leave to appeal denied on the ground that an appeal lies as of right.

Cross motion to dismiss the appeal denied on the ground that an appeal as of right was taken within the time prescribed by the provisions of paragraph (a) of subdivision 5 of section 592 of the Civil Practice Act.